### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

**UNITED STATES OF AMERICA**

**V.**

**JOHN NIEBEL**

**CASE NO.: 4:21-CR-00019-CDL-MSH-1**

### ORDER ON MOTION FOR CONTINUANCE

Defendant *John Niebel*, has moved the Court to continue the pre-trial conference of his case, presently scheduled for August 4, 2021, and to continue his trial to the Court's January 2022 jury trial term. The Government does not oppose this motion. Defendant was arraigned on June 9, 2021, and is currently in custody. Additional time is needed for pretrial investigation and to enter into plea negotiations between the defendant and government if warranted. The Court finds that it is in the interests of justice to allow the parties to complete investigation and to explore possible plea negotiations. The Court finds that it is in the interests of justice to allow the continuance for additional time to allow the parties to complete a thorough investigation and to explore possible plea negotiations and this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 19] is **GRANTED**, and it is hereby ordered that this case shall be continued until the January 2022 term of Court. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this **21st** day of **July 2021**.

S/Clay D. Land_____
HONORABLE CLAY D. LAND