#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### MIDDLE DISTRICT OF GEORGIA
#### COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**JOHN NIEBEL** | **CASE NO.: 4:21-CR-00019-CDL-MSH-1** |

#### ORDER ON MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE

Defendant ***John Niebel*** has moved the Court to continue the pre-trial conference of his case, presently scheduled for November 30, 2021, and to continue the trial of the case to the Court's September 2022 jury trial term. The Government does not oppose this motion. Defendant was arraigned on June 9, 2021, and is currently in treatment at the Center for Hope. Additional time is needed for the defendant to complete treatment and recovery. The Court finds that it is in the interests of justice to allow the defendant to complete treatment and allow the parties to explore possible plea negotiations and this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 28] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's September 2022 term of Court. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. ' 3161.

It is SO ORDERED, this **28th** day of **October 2021**.

S/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT